**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7641

NATHANIEL HAMPTON JONES,

                    Plaintiff - Appellant,

          v.

L. CASEY MANNING,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   J. Michelle Childs, District
Judge.   (0:11-cv-01093-JMC)

Submitted:  May 22, 2012              Decided:  June 4, 2012

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Nathaniel Hampton Jones, Appellant Pro Se.   Andrew Lindemann,
DAVIDSON  &  LINDEMANN,  PA,  Columbia,  South  Carolina,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Hampton Jones appeals the district court's order accepting the recommendation of the magistrate judge and dismissing with prejudice his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Jones v. Manning, No. 0:11-cv-01093-JMC (D.S.C. filed Nov. 16, 2011 & entered Nov. 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2